IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER FROMMIE,<br><br>Defendant. | 8:17-CR-112<br><br>ORDER |

IT IS ORDERED:

1. The government's motion to dismiss (filing 61) is granted.

2. The petition for offender under supervision (filing 50) is dismissed without prejudice.

3. The August 20, 2026 hearing is cancelled.

Dated this 14th day of August, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge